IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELMER STEPHEN WEREB AND BETTY JEAN WEREB, | ) ) ) | CIV. NO.  09-00198 JMS/RLP |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| COUNTY OF MAUI, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 28, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 23, 2011.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge